UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLAN TEH,<br><br>    Plaintiff,<br><br>      v.<br><br>LEE MELCHIONNI, individually,<br>SYLVIA BENITO, individually, PERSIST<br>COMMUNICATIONS, INC., a Florida Corporation,<br>and THE LAKE LAW FIRM, a New York Limited<br>Liability Company,<br><br>    Defendants, | Case No. 1:25-cv-25578-BB<br><br>**NOTICE OF RELATED**<br>**<u>ACTIONS</u>** |

Pursuant to Local Rule 3.8, Defendant Sylvia Benito hereby notifies the Court of four related actions, including this action, currently pending in this District: (i) *Teh v. Melchionni, et al.*, No. 1:25-cv-25578-BB (S.D. Fla 2025); (ii) *Teh v. Melchionni, et al.*, No. 1:25-cv-25581-KMW (S.D. Fla. 2025); (iii) *Teh v. Melchionni, et al.*, No. 1:25-cv-25583-JAL (S.D. Fla. 2025); (iv) *Teh v. Melchionni, et al.*, No. 1:25-cv-25584-KMW (S.D. Fla. 2025).

Dated: December 2, 2025        Respectfully submitted,

**BREWER, ATTORNEYS AND COUNSELORS**


By: */s/  Hector Jim Montalvo*
Hector J. (Jim) Montalvo, Esq.
Florida Bar No. 887056
hjm@brewerattorneys.com

1717 Main Street, Suite 5900
Dallas, TX 75201
Telephone: (214) 653-4000
Fax: (214) 653-1015

*Attorneys for Defendant Sylvia Benito*

1

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on December 2, 2025, undersigned counsel electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system.

*/s/  Hector Jim Montalvo*
Hector J. (Jim) Montalvo, Esq.
