## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALLAN TEH,

    *Plaintiff,*

v.

    Case No. 1:25-cv-25578-BB

LEE MELCHIONNI, individually,
SYLVIA BENITO, individually,
PERSIST COMMUNICATIONS, INC., a
Florida Corporation, and
THE LAKE LAW FIRM, a New York Limited
Liability Company,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jocelyne A. Macelloni Esq. hereby enters her appearance as counsel on behalf of Defendant Lee Melchionni, in the above captioned cause. The undersigned respectfully requests that she be placed on the service list of the Court and all parties. Service of all future pleadings, notices, motions, orders, correspondence, and other documents are hereby requested to be served on:

Jocelyne A. Macelloni, Esq.
BARAKAT + BOSSA, PLLC
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134
E-mail: jmacelloni@b2b.legal
Gabriela Romero, Paralegal
gromero@b2b.legal

Respectfully submitted,

**BARAKAT + BOSSA, PLLC**
*Counsels for Defendant Lee Melchionni*
201 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Tel: (305) 444-3114
Fax: (305) 444-3115

By: */s/ Jocelyne A. Macelloni*
   **JOCELYNE A. MACELLONI**
   Florida Bar. No. 92092
   jmacelloni@b2b.legal
   service@b2b.legal
   gromero@b2b.legal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF, and served upon all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By*: /s/ Jocelyne A. Macelloni*
   **JOCELYNE A. MACELLONI**



BARAKAT
+ BOSSA