## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALLAN TEH,

    *Plaintiff,*

                                            Case No. 1:25-cv-25578-BB

v.

LEE MELCHIONNI, individually,
SYLVIA BENITO, individually,
PERSIST COMMUNICATIONS, INC., a
Florida Corporation, and
THE LAKE LAW FIRM, a New York Limited
Liability Company,

    *Defendants.*

_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Peters, Esq. hereby enters his appearance as counsel on behalf of Defendant Lee Melchionni, in the above captioned cause. The undersigned respectfully requests that he be placed on the service list of the Court and all parties. Service of all future pleadings, notices, motions, orders, correspondence, and other documents are hereby requested to be served on:

Andrew Peters, Esq.
BARAKAT + BOSSA, PLLC
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134
E-mail: apeters@b2b.legal
Gabriela Romero, Paralegal
gromero@b2b.legal

Respectfully submitted,

**BARAKAT + BOSSA, PLLC**
*Counsels for Defendant Lee Melchionni*
201 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Tel: (305) 444-3114
Fax: (305) 444-3115

By: */s/ Andrew Peters*
    **ANDREW PETERS**
    Florida Bar. No. 70244
    apeters@b2b.legal
    gromero@b2b.legal
    service@b2b.legal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF, and served upon all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By*: /s/ Andrew Peters*
    **ANDREW PETERS**



BARAKAT
+ BOSSA

201 Alhambra Circle., Suite 1060, Coral Gables, FL 33134 • Tel: 305-444-3114 • service@b2b.legal